IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jeffrey J. DePolo,                     :

             Appellant       :

                          :

         v.              :    No. 79 C.D. 2017

                          :

Board of Supervisors of Tredyffrin  :
Township; and Michael C. Heaberg,  :
Kristen K. Mayock, Paul Olson,    :
Evelyn Richter, John P.           :
DiBuonaventuro, Mark Freed,     :
and Murph Wysocki, in their      :
capacities as members of the      :
Board of Supervisors of Tredyffrin  :
Township and Tredyffin Township  :
Zoning Hearing Board of Appeals;  :
and Arnold Borish, Daniel McLaughlin :
and Neill Kling, in their capacities as  :
members of the Zoning Hearing Board  :
of Appeals of Tredyffrin Township   :

## **O R D E R**

NOW, September 29, 2017, having considered appellant's application for reargument and appellees' answers in response thereto, the application is denied.

 

 

                                                        _____

                                                         MARY HANNAH LEAVITT,
                                                         President Judge